**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| SUNDEEP AGGARWAL,<br><br>       Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION<br>AND THOMAS DROUGAS,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.: 3:22-CV-01588 (RNC)<br>)<br>)<br>)<br>)   May 26, 2026<br>)<br>)<br>) |

**JOINT STATUS REPORT**

Pursuant to the Court's Order dated May 23, 2023 (ECF 14), Plaintiff Sundeep Aggarwal ("Plaintiff") and Defendants Costco Wholesale Corporation ("Costco") and Thomas Drougas (collectively "the Parties") hereby submit the following Joint Status Report.

**A.    Case Status and Pending Motions**

1.    On April 9, 2024, Defendants filed a motion for summary judgment, which is pending.   ECF 26.

2.    On January 31, 2025, Plaintiff filed an opposition to Defendants' motion for summary judgment.   ECF 61-62.

3.    On February 3, 2025, Plaintiff filed a Rule 56(a)(2) Statement of Additional Facts and a motion for an extension of time, *nunc pro tunc*, to file after the January 31, 2025 deadline. ECF 66-67.   On February 4, 2025, the Court granted Plaintiff's motion.   ECF 68.

4.    On February 12, 2025, Plaintiff filed a declaration by counsel, Elizabeth A. Adams, in support of his Rule 56(a)(2) Statement of Material Facts and additional exhibits.   ECF 71.

5.    On February 14, 2025, Defendants filed their reply in support of Defendants' motion for summary judgment.   ECF 72.

6.      Defendants' motion for summary judgment is ripe for adjudication.

7.      Defendants' position is that discovery is closed and there are no pending discovery motions.

**B.      Settlement**

The Parties do not believe that referral to a United States Magistrate Judge or to the District's Special Masters Program would be productive.

**C.      Trial**

The Parties do not consent to trial before a Magistrate Judge.   It is estimated that a trial in this case will require approximately ten days.   Any trial-related deadlines will be established upon adjudication of Defendants' motion for summary judgment.

| | |
|---|---|
| SUNDEEP AGGARWAL | COSTCO WHOLESALE CORPORATION AND THOMAS DROUGAS |

By: */s/ Elizabeth K. Adams w/ permission CD*
Elizabeth K. Adams, Esquire, #ct26259
eadams@ekadamslaw.com
THE ADAMS LAW FIRM, P.C.
41B New London Turnpike, Suite 7C
Glastonbury, CT 06033
(860) 724-1300 telephone
(860) 724-1302 facsimile

By: */s/ Anthony S. Califano*
Anthony S. Califano, Esquire, #ct27323
acalifano@seyfarth.com
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 1200
Boston, MA 02210
(617) 946-4800 telephone
(617) 946-4801 facsimile

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 26, 2026, a true and correct copy of the foregoing document was filed with the Clerk using the CM/ECF filing system which will send notification of such filing to those registered.

*/s/ Anthony S. Califano*
Anthony S. Califano

326047506v.1